# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE L. FORD and JEREMY G. FORD,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; DOWNTOWN FORD SALES, a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:18-cv-00104-LJO-BAM<br><br>ORDER DENYING JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(Doc. No. 6.) |

On February 1, 2018, the parties filed a joint stipulation that Defendant Downtown Ford Sales shall have up to and including March 2, 2018, to answer or otherwise respond to the First Amended Complaint.   According to the stipulation, Plaintiffs reportedly served the First Amended Complaint on January 24, 2018, after the action was removed to this Court on January 19, 2018.  (Doc. No. 6 at p. 1.)  However, a review of the Court's docket reveals that a First Amended Complaint has not been filed in this action.  Therefore, the joint stipulation for an extension of time to respond to the First Amended Complaint is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated:   __February 6, 2018__          _/s/ Barbara A. McAuliffe_____

UNITED STATES MAGISTRATE JUDGE

1